**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00836-CV

**WELLOGIX, INC., Appellant**

**V.**

**CAPITAL SOUTHWEST CORP., ET AL., Appellees**

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-03445

## ORDER

Before the Court is the parties' December 8, 2015 joint motion to stay and abate appeal. The parties move to stay and abate the appeal to allow them to fulfill the terms of a final settlement agreement.

We **GRANT** the parties' motion and **ABATE** this appeal. This appeal will be reinstated in sixty days or when the parties file a motion to dismiss the appeal or motion to reinstate, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
       JUSTICE